PHILLIP A. TALBERT
Acting United States Attorney
MEGAN A.S. RICHARDS
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-po-00419-SAB |
| Plaintiff, | [Citation # F4853381 CA/42] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| SHELLIEN M. BARKER, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Megan A.S. Richards, Assistant United States Attorney, hereby moves to dismiss Case No. 1:16-po-00419-SAB [Citation # F4853381 CA/42] against SHELLIEN M. BARKER without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 30, 2017                Respectfully submitted,

                                                 PHILLIP A. TALBERT
                                               United States Attorney

                                  By:    /s/  Megan A.S. Richards
                                           MEGAN A.S. RICHARDS
                                           Assistant U.S. Attorney

## **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00419-SAB [Citation # F4853381 CA/42] against SHELLIEN M. BARKER be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 30, 2017**

UNITED STATES MAGISTRATE JUDGE